

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00393-CV

Odis **SPENCER**,
Appellant

v.

**EVERHOME MORTGAGE COMPANY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06787
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant's notice of appeal was filed in this court on June 21, 2016. To this date, appellant has not paid the $205 filing fee nor made any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant has also failed to file a docketing statement.

It is therefore ORDERED appellant show cause in writing within ten days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court